## FIRST DEPARTMENT, MARCH, 1924.

JOSEPH SCHMIDT, Appellant, v. MALLORY STEAMSHIP COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Washington* v. *Dawson & Co.* (264 U. S. 219). Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY M. LASKER, INC., Appellant, v. HENRY C. MEYER, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DUILIO SHERBO, Respondent, v. CLOVER GARDENS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHEEVER N. ELY, as Executor, etc., of SMITH ELY, Deceased, Plaintiff, v. MARIA L. VANDERPOEL and Others, Defendants, Impleaded with NEW YORK STATE REALTY AND TERMINAL COMPANY and Others, Appellants, and GEORGE B. VANDERPOEL and Another, as Ancillary Executors, etc., of MARIA L. VANDERPOEL, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY FANELLI, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ANNA MCNALLY, INC., Appellant, v. WILLIAM W. CHAPIN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of Proving the Last Will and Testament of GERTIE EMILY GORMAN WEBB, Deceased, as a Will of Real and Personal Property.— Decree affirmed, with costs to the respondents against the appellants. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HEATH, DEAN & COMPANY, Appellant, v. BINNEY & SMITH COMPANY, Defendant, Impleaded with MINERALS & METALS COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOSEPH MIGLIACCIO, Respondent, v. MERCANTILE INSURANCE COMPANY OF AMERICA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of Arbitration of Controversy between J. HALBREN & SON, Respondent, and MORRIS LANG, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHARLES HOFFMAN and Another, Trading as EASTERN WOOLEN MILLS, Respondents, v. SAMUEL SMITH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.